UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 09 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TARJA V MAKINEN
1101 E. Tropicana Avenue #2148
Las Vegas, Nevada 89119
678-569-4705

VS.

Case: 1:07-cv-01814
Assigned To : Roberts, Richard W.
Assign. Date : 10/09/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

Ridgeview Institute
3995 S. Cobb Drive
Smyrna, Georgia, 30080
USA

## COMPLAINT

I have been 'hostage' in this institution 1997, after I was shocked about customers coming videotaping and calling me by name and telling stories about some sexual photographs, what they have seen while I was working in giftshop at Stone Mountain Park, Ga. My supervisor found me crying and call 911 and I was sent to hospital for checkup. This first hospital treated me as criminal, with no reason and later I was sent this Ridgeview Institute, without knowing what will be treatment and plan to help my situation. When there was no reasons to call me as crime suspect, how they handled situation still based on that. I did need answers why these people telling stories about my personal life and who shows pictures and where and who telling lies about stolen products, what was happened already earlier without I never had anything to do with it. I needed legal help and I was sent this place to get so called treatment, what was told, fixes my problem, what never happened. Because there was no discussions about this original reason, why people talking about me personal issues and also who adding there stories about steals and crimes, what I never had anything to do with it, staying unvoluntarely this hostage place made situation more hard and created huge problems later.

I was hopeful this place could solve my problems, but all discussion based on their assume me being quilty for something what they never even told what that was. For start, they gave very strong medication and at nighttime, there was continues traffic by malecaretakers, waiting when I start sleeping. Later on, I found out, these hard medications put me sleeping and while I slept, they have had some operation, what was never told me, but by symptons I find out later. Because, sleeping in place where door needs to be open and you cannot know who is coming and what they doing and same time

**RECEIVED**
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

9/19/2007

1/3

you have to take your sleep medication, it created situation that preventing physical hurt by answering questions as their favor without knowing, that was their way to make me so called quilty for something what I really didn't even know. I remember answering something in middle of the night, when these malecaretakers came to talking and next morning I said to them, if I said something last night, it didn't be true, it was said under pressure being afraid this person doing something. Continues monitoring what I doing even in bathrooms created other stress, what still has effect this day. Seeing how other people in this same place behaved, being afraid about me basing on these same stories what was told around city and this place, without nobody told exactly, what that was and who told these. During this one week, what I was required stay there, I was so disappointed they didn't handling my original reason, instead they questioning about my relationships and created unreasonable blames about my sexual behaviour. I was under hard medicine, what get me felt being as drunk and after I was released from this place, I asked doctor who did follow up to chance it and he did, but it still put me feeling like num, sitting as' buddha', getting head straight in the morning before driving to work. I was also asked to get counseling, what was other disaster, because all personal issues what I told to these persons, was broadcasted around the city.

After this 'so called treatment', what I do not really call as any type a help, because it started continues problem being afraid about healthcare persons, because their abuse and later on, I found out, what ever they did during my sleep must be reason for this today's biggest problem, there is some type of 'little chip' in my brain, what receives messages outside and also let others reading all activity what happening there. I have been several times looking for lawyer to get help to this problem, but they told medical malpractise cases coming too old so soon and before I get over that fear and find out what happen later, it was too late to complain about treatment. Knowing, this system has created most hardest problem and there is no place to look help, even telling about this kind 'science' makes people always thinking about my ability to function and everytime I was handled as mentally ill, even issue was from start others make crimes and blaming me about it and that way destroys all my personal relationships and employments.

Later, learning to live with this kind situation and same time looking for help what never came, not in this country not from my original home country, I started inform leaders about how lower administration do not function, when somebody looking for help, knowing this issue already created international political fights and that way needs to be discussed with highest level also. Doesn't matter, how many times I taking contact and how many places, there is still no discussion with me and answers, why healthy person, who working and paying all bills need to suffer this kind pain for years. I have heard several times this is family issue, what let thinking my family members are decided not giving me chance to live normal life, what put me thinking who ever give that kind permit actually destroyed not just my life but also safety of this country, US and safety of Finland also. If family issue leads to war and it still protected by being family issue, I would say why we need court if all is handled what family wants. Every human should have rights basing a law and who stealing and killing people should get punished, not person who is shy and unpopular in family and that way unable to get proper legal help. Because, I am still alive and not mentally ill and looking for monetary coverage to my huge losses. This so called treatment created disability and I continue my fight to get answers and to get back to my life, what still is left.

Knowing this system has destroyed my chances to have family, healthy children, job, friends, my good reputation, my good credit history and most of my property, not counting what losses others have, I seek courts decision stop that type of 'treatments' and all broadcasting from my brain and in to,

requiring Ridgeview Institute pay monetary coverage, what I asking, knowing writing this today, it may lead for more losses until it's paid and creates bigger safety issue.

I asking for a trial by jury.

I requiring Ridgeview Institute pay $100 000 000 (one hunded million US dollars) and all open bills, what is created because this system let other people knowing by personal information. I am not give anyone to permit make any kind of operation in my head without they have complete explanation what they have done, what they will do and how it will be done and without they proof, I can act least as I can now after that operation. They have to stop this connection, not stop my life.

Atlanta, September 19, 2007

*[signature]*

TARJA V MAKINEN
1101 E. Tropicana Avenue #2148
Las Vegas, Nevada 89119
678-569-4705

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Tarja V. Makinen

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se NP

## DEFENDANTS
Ridgeview Institute

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01814
Assigned To : Roberts, Richard W.
Assign. Date : 10/09/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ DEMAND $ 100 million Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 10/9/07 SIGNATURE OF ATTORNEY OF RECORD NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.