**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Ridgeview Institution
3995 S. Cobb Drive
Smyrna, GA 30080

Civil Action, File Number __CA-07-1814 RWR__

__Tarja V. Makinen__
V.
__Ridgeview Institute__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... indicate under your signature your authority.

... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

... behalf you are being served) must answer the ... by default will be taken against you for the

... of Summons and Complaint By Mail was

...MS Official)

...COMPLAINT
...omplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**Return receipt card (overlay):**

11/14/07    CB 07-1814

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X _Karen Dale_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Karen Dale    C. Date of Delivery: 11/20/07
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Ridgeview Institution
3995 S. Cobb Drive
Smyrna, GA 30080

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 7140 3203

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540