IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TARJA V. MAKINEN, | ) | Case No. 07-01814- RWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RIDGEVIEW INSTITUTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, John E. Coffey, counsel of record for the Defendant Ridgeview Institute, Inc., certify to the best of my knowledge and belief that the Defendant has no parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

This representation is made in order that the judges of this court may determine the need for recusal.


_____/s/ John E. Coffey_____
John E. Coffey (D.C. Bar # 434120)
REED SMITH LLP
3110 Fairview Park Dr.
Suite 1400
Falls Church, VA 22042
Telephone: (703)641-4209

Counsel for Ridgeview Institute, Inc

## CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of December, 2007, served Plaintiff in the foregoing matter with a copy of Ridgeview Institute, Inc.'s Disclosure of Corporate Affiliations and Financial Interests, by depositing a copy of same in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

>Ms. Tarja V. Makinen
>1101 E. Tropicana Avenue
>Apartment 2148
>Las Vegas, NV 89119

>_____/s/ John E. Coffey_____
>John E. Coffey