IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TARJA V. MAKINEN, | ) | Case No. 07-01814- RWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RIDGEVIEW INSTITUTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RIDGEVIEW INSTITUTE INC.'S MOTION TO DISMISS

Defendant Ridgeview Institute, Inc. (hereinafter "Ridgeview") moves the Court to dismiss Plaintiff Tarja V. Makinen's complaint pursuant to Federal Rule of Civil Procedure 12(b) on the grounds that: (i) it fails to state a claim upon which relief can be granted; (ii) it fails to establish a basis for subject matter jurisdiction; and (iii) there is no personal jurisdiction over the defendant Ridgeview. See FED. R. CIV. P. 12(b)(1), 12(b)(2) and 12(b)(6). In the alternative, pursuant to Rule 12(b)(3), the Defendant asserts that venue in this court is improper and requests that venue be transferred to the Northern District of Georgia. See FED. R. CIV. P. 12(b)(3). In support of its motion, Ridgeview submits the accompanying Memorandum in Support of Ridgeview Institute, Inc.'s Motion to Dismiss, which is served simultaneously with this motion and incorporated herein by reference.

Respectfully submitted, this 10th day December, 2007.

RIDGEVIEW INSTITUTE, INC.
By Counsel

_____/s/ John E. Coffey_____
John E. Coffey (D.C. Bar # 434120)
REED SMITH LLP
3110 Fairview Park Dr.
Suite 1400
Falls Church, VA 22042
Telephone: (703)641-4209


_____/s/ John W. Ray, Jr._____
John W. Ray, Jr. (Ga. Bar # 596262)
RAY & SHERMAN, LLC
One Securities Centre
3490 Piedmont Road, Suite 700
Atlanta, Georgia 30305

Counsel for Ridgeview Institute, Inc

2

## CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of December, 2007 served Plaintiff in the foregoing matter with a copy of Ridgeview Institute, Inc.'s MOTION TO DISMISS by depositing a copy of same in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

>Ms. Tarja V. Makinen
>1101 E. Tropicana Avenue
>Apartment 2148
>Las Vegas, NV 89119

_____/s/ John E. Coffey_____
John E. Coffey