UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TARJA V. MAKINEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1814 (RWR) |
| RIDGEVIEW INSTITUTE, | ) | |
| Defendant. | ) | |

## ORDER

Defendant filed a motion to dismiss on December 10, 2007. In its December 13, 2007 Order, the Court advised this *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court. The Order directed plaintiff to file her response to defendant's motion by January 14, 2008, and further notified her that, if she failed to file a timely response, the Court may treat defendant's motion as conceded. To date, plaintiff has neither filed a response to the motion nor requested more time to do so. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. # 5] is GRANTED AS CONCEDED, and that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 28th day of January 2008.

/s/
RICHARD W. ROBERTS
United States District Judge